IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
MAR 06 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:24 CR 87 JUDGE HELMICK MAG. JUDGE CLAY |
| DARNELL PEPPERS, | ) | Title 18, United States Code, Sections 922(g)(9) and 924(a)(8) |
| Defendant. | ) | |

### COUNT 1
(Possession of a Firearm by a Prohibited Person, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury charges:

1. On or about January 2, 2024, in the Northern District of Ohio, Western Division, the defendant DARNELL PEPPERS, knowing he had previously been convicted of a misdemeanor crime of domestic violence on or about May 31, 2018 in Lucas County Court of Common Pleas case numbers CR 18-1766 and CR 18-1767, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Palmetto State Armory 9mm semiautomatic pistol bearing serial number FG122474 and 9mm ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code Sections 922(g)(9) and 924(a)(8).

### FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing

ORIGINAL

offense, Defendant DARNELL PEPPERS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.